**Order entered November 23, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01076-CV

**GARY A. ROSE, Appellant**

**V.**

**MARION ROSE MCBRIDE, Appellee**

**On Appeal from the Collin County Probate**
**Collin County, Texas**
**Trial Court Cause No. PB1-0521-2010**

## ORDER

The reporter's record in this case is overdue. By order dated April 9, 2015, we informed Court Reporter Kelly Bryant that the reporter's record in this case was overdue, that our records showed appellant is indigent and entitled to proceed in this Court without payment of costs, and ordered her to file the overdue reporter's record. By order dated July 31, 2015, we again ordered Ms. Bryant to file the overdue reporter's record and expressly cautioned Ms. Bryant that failure to do so within fifteen days might result in an order that she not sit as a court reporter until she complied with this Court's orders. On August 19, 2015, we notified Ms. Bryant by postcard that although she had attempted to file the reporter's record, it was not filed because it was missing the exhibits in the exhibit volume. We directed Ms. Bryant to file a corrected reporter's record within three days. After contacting Ms. Bryant, she again attempted to file the exhibits on

October 26, 2015, but the exhibits were not filed because they did not comply with the rules 34.6 or 35 of the Texas Rules of Appellate Procedure. To date, Ms. Bryant has not filed the reporter's record or otherwise corresponded with the Court regarding the reporter's record.

Accordingly, we **ORDER** Court Reporter Kelly Bryant to file a complete reporter's record, including the exhibits, within **TEN DAYS** of the date of this order. We **EXPRESSLY CAUTION** Court Reporter Kelly Bryant that failure to comply with this order **WILL** result in an order that she may not sit as a court reporter until she complies with the orders of this Court.

We **DIRECT** the Clerk of the court to send copies of this order, by electronic transmission, to all parties, to Court Reporter Kelly Bryant, and to the Honorable Weldon Copeland, Presiding Judge of the Collin County Probate Court.


/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE